# FINANCIAL AFFIDAVIT

**CJA 23**
Rev. 5/98

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF: UNITED STATES V.S. DIEGO ORTIZ
FOR: Mass
AT: Boston

PERSON REPRESENTED (Show your full name): DIEGO A. ORTIZ

☒ 1 Defendant—Adult
☐ 2 Defendant - Juvenile
☐ 3 Appellant
☐ 4 Probation Violator
☐ 5 Parole Violator
☐ 6 Habeas Petitioner
☐ 7 2255 Petitioner
☐ 8 Material Witness
☐ 9 Other

DOCKET NUMBERS
Magistrate: 04-1651 CBS
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: unemployed
IF YES, how much do you earn per month? $ 280 or every 2 weeks
IF NO, give month and year of last employment: last employed 12/08/04
How much did you earn per month? $450-550/wk

If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ 1,200.00
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 300.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $2000.00
DESCRIPTION: 1 car Mercury Sable over 90,000.00

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: Tracy Ortiz 18 months

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Credit Cards - Kay Jewelry | $900 | $45.00 |
| Auto | $10,000 | $fifteen |
| Credit | $500 | |
| Car Insurance | | $202- |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 02/17/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Diego A. Ortiz

10N

319