## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Charles B. Swartwood, III | Date: February 17, 2004 |
| Courtroom Clerk: Roland | Time In Court: 15 min   Case Number: 04-1651-CBS |
| Case: USA v. Victor Sosa, Alex Perez, Diego Ortiz | |
| AUSA: McGrath | Defense Counsel: Byren, Cipoletta, Norris |
| PTSO/PO: Cronin | Recording Time: 2:58 P  Interpreter: Luis |

## TYPE OF HEARING

[X] **Initial Appearance**
[X]   Arrested:   [X] on warrant   [ ] on probable cause
[ ]   Defendant Sworn
[X]   Advised of Charges
[X]   Advised of Rights
[X]   Requests Appointment of Counsel
[ ]   Retained Counsel
[X]   Court Orders Counsel be Appointed
[X]   Government Requests Detention & Continuance

[ ] **Arraignment**
[ ] Defendant Waived Reading of Indictment
[ ] Defendant Pleads Not Guilty to Counts_____
[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District.       Order to Issue.
[ ] Defendant Released, Conditions Remain/Modified/Set
[ ] Identity Established

[ ] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

[ ] **Bail Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[ ] Defendant Released on unsecured bond with Conditions

[ ] **Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with conditions
[ ] Detention Taken Under Advisement

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] _____ Status Conference
[ ] Other _____

## CONTINUED PROCEEDINGS

P/C & Detention  Hearing  Date: 2/23/04        at  10:00 am

## REMARKS

Case called, Counsel and Defendants appear for Initial Appearance, Financial Affidavits filed, Gov't requests detention, Case continued, Defendants remanded to the custody of the US Marshal